UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Randle, Doris E | § § § § | Case No. 17-06983 |
| Debtors(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/07/2017. The undersigned trustee was appointed on 03/07/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. §522, or have been or will be abandoned pursuant to 11 U.S.C. §554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 7,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative Expenses | | 0.00 |
| Bank Service Fees | | 30.00 |
| Other Payments to Creditors | | 0.00 |
| Non-Estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the Debtor | | 0.00 |
| Other Payments to Debtor | | 0.00 |
| Leaving a balance on hand of [1] | $ | 6,970.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) Page 1

The remaining funds are available for distribution.

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 08/11/2017 and the deadline for filing governmental claims was 09/05/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C.**

     7. The Trustee's proposed distribution is attached as **Exhibit D.**

     8. Pursuant to 11 U.S.C. §326(a), the maximum compensation allowable to the trustee is $1,450.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests a sum of $1,450.00, for a total compensation of $1,450.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $16.00 for total expenses of $16.00

Pursuant to Fed. R. Bank. P. 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/05/2017   By: /s/ Elizabeth C. Berg
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4 (a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-06983 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Randle, Doris E | | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| | | | | 341(a) Meeting Date: | 04/03/2017 |
| For Period Ending: | 10/05/2017 | | | Claims Bar Date: | 08/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 540 Wilmette Ave | 160,000.00 | 0.00 | | 7,000.00 | FA |
| 2. Necessary Wearing Apparel | 225.00 | 0.00 | | 0.00 | FA |
| 3. Costume Jewlery, | 75.00 | 0.00 | | 0.00 | FA |
| 4. Savings Baxter Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 5. Checking BMO Harris Bank | 50.00 | 0.00 | | 0.00 | FA |
| 6. Savings BMO Harris Bank | 300.00 | 0.00 | | 0.00 | FA |
| 7. 401(k) Aptargroup, INC.-fidelity | 61,072.76 | 0.00 | | 0.00 | FA |
| 8. Federal Income tax refund | 4,148.00 | 0.00 | | 0.00 | FA |
| 9. 2012 Chevrolet Sonic | 4,200.00 | 0.00 | | 0.00 | FA |
| 10. Furniture, Furnishings and Supplies | 900.00 | 0.00 | | 0.00 | FA |
| 11. TV, CELLPHONE, COMPUTER | 150.00 | 0.00 | | 0.00 | FA |
| 12. State Income tax refund | 357.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 231,527.76 | 0.00 | | 7,000.00 | 0.00 |

Re Prop. #1   Trustee sold non-exempt interest in residence back to the Debtor per order 6/9/17 [dkt 22] (Report of Sale filed 7/7/17 [dkt 24])

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**October 3, 2017:** Trustee prepared and filed Report of Sale for sale of equity in Debtor's residence [dkt 24]; Trustee reviewed and analyzed claims; Trustee resolved claim issue with invalidly filed secured claim and obtained withdrawal of the invalid claim [dkt 25]; Trustee prepared her TFR.

**July 3, 2017:** Trustee sold Estate's interest in Debtor's residence to Debtor for $7,000 per order 6/9/17 [dkt 22]

UST Form 101-7-TFR (5/1/2011) (Page 3)                                                                                                                Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-06983 | Judge: Janet S. Baer | Trustee Name: Elizabeth C Berg |
|---|---|---|
| Case Name: Randle, Doris E | | Date Filed (f) or Converted (c): 03/07/2017 (f) |
| | | 341(a) Meeting Date: 04/03/2017 |
| For Period Ending: 10/05/2017 | | Claims Bar Date: 08/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 10/05/2017   **Current Projected Date of Final Report(TFR) :** 11/30/2017

**Trustee's Signature**   /s/Elizabeth C Berg   **Date:** 10/05/2017
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

FORM 2
Page 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-06983 | Trustee Name: Elizabeth C Berg |
| Case Name: Randle, Doris E | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5286 Checking Account |
| Taxpayer ID No: **-***7613 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 10/5/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/19/2017 | [1] | Doris E. Randle<br>540 Wilmette Ave<br>Carpentersville, IL 60110 | Estate's Interest in Equity in Residence Sold per order dated 6/9/17 [dkt 22] (Report of sale filed 7/7/17 [dkt 24]) | 1110-000 | 7,000.00 | | 7,000.00 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,985.00 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,970.00 |

| | | |
|---|---|---|
| Page Subtotals | 7,000.00 | 30.00 |
| **COLUMN TOTALS** | 7,000.00 | 30.00 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 7,000.00 | 30.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 7,000.00 | 30.00 |

| | | | |
|---|---|---|---|
| All Accounts Gross Receipts: | 7,000.00 | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Disbursements: | 30.00 | ******5286 Checking Account | 7,000.00 | 30.00 | |
| All Accounts Net: | 6,970.00 | | | | |

UST Form 101-7-TFR (5/1/2011) (Page 5)                                                                                    Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-06983 | Trustee Name: | Elizabeth C Berg |
| Case Name: | Randle, Doris E | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******5286 Checking Account |
| Taxpayer ID No: | **-***7613 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 10/5/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| | | | **Net Totals** | | 7,000.00 | 30.00 | 6,970.00 |

Case: 17-06983  
Randle, Doris E

Elizabeth C Berg  
CLAIMS REGISTER  
EXHIBIT C Page 1

Claims Bar Date: 08/11/17   Government Bar Date: 09/05/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2100<br>ADMIN | 0.00 | 1,450.00 | 1,450.00 | 0.00 | 1,450.00 |
| | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | 2200<br>ADMIN | 0.00 | 16.00 | 16.00 | 0.00 | 16.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3110<br>ADMIN | 0.00 | 1,251.00 | 1,251.00 | 0.00 | 1,251.00 |
| | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | 3120<br>ADMIN | 0.00 | 14.65 | 14.65 | 0.00 | 14.65 |
| **ADMINISTRATIVE TOTAL** | | | **0.00** | **2,731.65** | **2,731.65** | **0.00** | **2,731.65** |
| 00002A | AmeriCredit Financial<br>PO Box 183853<br>Arlington, TX 76096<br>Filed: 05/17/17<br>Debtor reaffirmed debt 4/6/17 [dkt 12]<br>Clam withdrawn 10/3/17 [dkt 25] | 4700<br>SECURED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **SECURED TOTAL** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |
| 00001 | Discover Bank Discover<br>PO Box 3025<br>New Albany, OH 43054<br>Filed: 05/16/17 | 7100<br>UNSEC | 1,254.00 | 1,319.06 | 1,319.06 | 0.00 | 1,319.06 |
| 00002 | AmeriCredit Financial<br>PO Box 183853<br>Arlington, TX 76096<br>Filed: 05/17/17<br>Debtor reaffirmed debt 4/6/17 [dkt 12]<br>Clam withdrawn 10/3/17 [dkt 25] | 7100<br>UNSEC | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Case: 17-06983
Randle, Doris E

Elizabeth C Berg
CLAIMS REGISTER
EXHIBIT C Page 2

Claims Bar Date: 08/11/17    Government Bar Date: 09/05/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---|---|---|---|---|
| 00003 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 06/01/17 | 7100 UNSEC | 0.00 | 1,048.15 | 1,048.15 | 0.00 | 1,048.15 |
| 00004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 06/01/17 | 7100 UNSEC | 0.00 | 1,736.68 | 1,736.68 | 0.00 | 1,736.68 |
| 00005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272<br>Filed: 06/01/17 | 7100 UNSEC | 0.00 | 1,096.85 | 1,096.85 | 0.00 | 1,096.85 |
| 00006 | MERRICK BANK Resurgent<br>PO Box 10368<br>Greenville, SC 29603<br>Filed: 06/14/17 | 7100 UNSEC | 0.00 | 1,532.58 | 1,532.58 | 0.00 | 1,532.58 |
| 00007 | TD Bank, USA by American<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br>Filed: 06/14/17 | 7100 UNSEC | 0.00 | 2,063.21 | 2,063.21 | 0.00 | 2,063.21 |
| 00008 | PYOD, LLC its successors and<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 06/16/17 | 7100 UNSEC | 0.00 | 3,491.57 | 3,491.57 | 0.00 | 3,491.57 |
| 00009 | Citibank, N.A. c/o Quantum3<br>PO Box 280<br>Kirkland, WA 98083<br>Filed: 08/01/17 | 7100 UNSEC | 0.00 | 2,340.31 | 2,340.31 | 0.00 | 2,340.31 |
| 00010 | PYOD, LLC its successors and<br>PO Box 19008<br>Greenville, SC 29602<br>Filed: 08/07/17 | 7100 UNSEC | 0.00 | 727.83 | 727.83 | 0.00 | 727.83 |
| 00011 | Synchrony Bank c/o PRA<br>PO Box 41021<br>Norfolk, VA 23541<br>Filed: 08/09/17 | 7100 UNSEC | 0.00 | 3,329.33 | 3,329.33 | 0.00 | 3,329.33 |
| 00012 | Synchrony Bank c/o PRA<br>PO Box 41021<br>Norfolk, VA 23541<br>Filed: 08/09/17 | 7100 UNSEC | 0.00 | 1,803.72 | 1,803.72 | 0.00 | 1,803.72 |

| Case: 17-06983 | | | | | | Elizabeth C Berg |
|---|---|---|---|---|---|---|
| Randle, Doris E | | | | | | CLAIMS REGISTER |
| | | | | | | EXHIBIT C Page 3 |

Claims Bar Date: 08/11/17   Government Bar Date: 09/05/17

| Claim No. | Creditors | UTC | Scheduled | Claimed | Allowed | Paid | Balance |
|---|---|---|---:|---:|---:|---:|---:|
| 00013 | Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541<br>Filed: 08/11/17 | 7100<br>UNSEC | 0.00 | 1,112.09 | 1,112.09 | 0.00 | 1,112.09 |
| 00014 | Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541<br>Filed: 08/11/17 | 7100<br>UNSEC | 0.00 | 880.91 | 880.91 | 0.00 | 880.91 |
| 00015 | Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541<br>Filed: 08/11/17 | 7100<br>UNSEC | 0.00 | 259.48 | 259.48 | 0.00 | 259.48 |
| **UNSECURED TOTAL** | | | **1,254.00** | **22,741.77** | **22,741.77** | **0.00** | **22,741.77** |
| **REPORT TOTALS** | | | **1,254.00** | **25,473.42** | **25,473.42** | **0.00** | **25,473.42** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-06983
Case Name: Randle, Doris E

Trustee Name: Elizabeth C Berg

| | Balance on Hand | $6,970.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 00002A | AmeriCredit Financial Services, | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 6,970.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees: Elizabeth C. Berg, Trustee | $ 1,450.00 | $ 0.00 | $ 1,450.00 |
| Trustee, Expenses: Elizabeth C. Berg, Trustee | $ 16.00 | $ 0.00 | $ 16.00 |
| Attorney for Trustee, Fees: Baldi Berg, Ltd. | $ 1,251.00 | $ 0.00 | $ 1,251.00 |
| Attorney for Trustee, Expenses: Baldi Berg, Ltd. | $ 14.65 | $ 0.00 | $ 14.65 |

| Total to be paid for chapter 7 administrative expenses | $ 2,731.65 |
| Remaining Balance | $ 4,238.35 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed Priority Claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $22,741.77 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 18.6 %, plus interest (if applicable).

UST Form 101-7-TFR (5/1/2011) Page 10

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 00001 | Discover Bank Discover Products Inc | $ 1,319.06 | $ 0.00 | $ 245.84 |
| 00002 | AmeriCredit Financial Services, Inc. | $ 0.00 | $ 0.00 | $ 0.00 |
| 00003 | Capital One Bank (USA), N.A. by | $ 1,048.15 | $ 0.00 | $ 195.34 |
| 00004 | Capital One Bank (USA), N.A. by | $ 1,736.68 | $ 0.00 | $ 323.66 |
| 00005 | Capital One Bank (USA), N.A. by | $ 1,096.85 | $ 0.00 | $ 204.42 |
| 00006 | MERRICK BANK Resurgent Capital | $ 1,532.58 | $ 0.00 | $ 285.62 |
| 00007 | TD Bank, USA by American InfoSource | $ 2,063.21 | $ 0.00 | $ 384.52 |
| 00008 | PYOD, LLC its successors and assigns as | $ 3,491.57 | $ 0.00 | $ 650.72 |
| 00009 | Citibank, N.A. c/o Quantum3 Group | $ 2,340.31 | $ 0.00 | $ 436.16 |
| 00010 | PYOD, LLC its successors and assigns as | $ 727.83 | $ 0.00 | $ 135.64 |
| 00011 | Synchrony Bank c/o PRA Receivables | $ 3,329.33 | $ 0.00 | $ 620.48 |
| 00012 | Synchrony Bank c/o PRA Receivables | $ 1,803.72 | $ 0.00 | $ 336.16 |
| 00013 | Portfolio Recovery Associates, LLC | $ 1,112.09 | $ 0.00 | $ 207.26 |
| 00014 | Portfolio Recovery Associates, LLC | $ 880.91 | $ 0.00 | $ 164.17 |
| 00015 | Portfolio Recovery Associates, LLC | $ 259.48 | $ 0.00 | $ 48.36 |
| Total to be paid to timely general unsecured creditors | | | | $ 4,238.35 |
| Remaining Balance | | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 %, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 %, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE