UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Randle, Doris E § Case No. 17-06983
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $3,827.76 (Without deducting any secured claims) | Assets Exempt: $82,950.00 |
| Total Distributions to Claimants: $4,238.35 | Claims Discharged Without Payment: $20,842.42 |
| Total Expenses of Administration: $2,761.65 | |

3) Total gross receipts of $7,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $153,363.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $2,761.65 | $2,761.65 | $2,761.65 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $3,593.00 | $22,741.77 | $22,741.77 | $4,238.35 |
| **TOTAL DISBURSEMENTS** | $156,956.00 | $25,503.42 | $25,503.42 | $7,000.00 |

4) This case was originally filed under chapter 7 on 03/07/2017. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :  01/30/2018          By :  /s/ Elizabeth C Berg
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| 540 Wilmette Ave | 1110-000 | $7,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$7,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00002 | AmeriCredit Financial Services, | 4700-000 | NA | $0.00 | $0.00 | $0.00 |
| | AmeriCredit/GMFinancial | | $11,419.00 | NA | NA | $0.00 |
| | Ocwen Loan Servicing,Llc | | $141,944.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$153,363.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3120-000 | NA | $14.65 | $14.65 | $14.65 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $1,450.00 | $1,450.00 | $1,450.00 |
| Baldi Berg, Ltd. | 3110-000 | NA | $1,251.00 | $1,251.00 | $1,251.00 |
| Elizabeth C. Berg, Trustee | 2200-000 | NA | $16.00 | $16.00 | $16.00 |
| Texas Capital Bank | 2600-000 | NA | $30.00 | $30.00 | $30.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$2,761.65** | **$2,761.65** | **$2,761.65** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00015 | Portfolio Recovery Associates, | 7100-000 | $0.00 | $259.48 | $259.48 | $48.36 |
| 00014 | Portfolio Recovery Associates, | 7100-000 | $0.00 | $880.91 | $880.91 | $164.17 |
| 00013 | Portfolio Recovery Associates, | 7100-000 | $0.00 | $1,112.09 | $1,112.09 | $207.26 |
| 00012 | Synchrony Bank c/o PRA | 7100-000 | $0.00 | $1,803.72 | $1,803.72 | $336.16 |
| 00011 | Synchrony Bank c/o PRA | 7100-000 | $0.00 | $3,329.33 | $3,329.33 | $620.48 |
| 00010 | PYOD, LLC its successors and | 7100-000 | $0.00 | $727.83 | $727.83 | $135.64 |
| 00009 | Citibank, N.A. c/o Quantum3 | 7100-000 | $0.00 | $2,340.31 | $2,340.31 | $436.16 |
| 00008 | PYOD, LLC its successors and | 7100-000 | $0.00 | $3,491.57 | $3,491.57 | $650.72 |
| 00007 | TD Bank, USA by American | 7100-000 | $0.00 | $2,063.21 | $2,063.21 | $384.52 |
| 00006 | MERRICK BANK Resurgent | 7100-000 | NA | $1,532.58 | $1,532.58 | $285.62 |
| 00005 | Capital One Bank (USA), N.A. by | 7100-000 | $0.00 | $1,096.85 | $1,096.85 | $204.42 |
| 00004 | Capital One Bank (USA), N.A. by | 7100-000 | $0.00 | $1,736.68 | $1,736.68 | $323.66 |
| 00003 | Capital One Bank (USA), N.A. by | 7100-000 | $0.00 | $1,048.15 | $1,048.15 | $195.34 |
| 00002 | AmeriCredit Financial Services, | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 00001 | Discover Bank Discover Products | 7100-000 | $1,254.00 | $1,319.06 | $1,319.06 | $245.84 |
| | Cardworks/CW Nexus | | $1,787.00 | NA | NA | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card | | $552.00 | NA | NA | $0.00 |
| | Citibank / Sears | | NA | NA | NA | $0.00 |
| | Comenity Bank/Ashley Stewart | | NA | NA | NA | $0.00 |
| | Comenity Bank/New York & Co | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,593.00 | $22,741.77 | $22,741.77 | $4,238.35 |

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 17-06983  
Case Name: Randle, Doris E  
Judge: Janet S. Baer  
Trustee Name: Elizabeth C Berg  
Date Filed (f) or Converted (c): 03/07/2017 (f)  
341(a) Meeting Date: 04/03/2017  
For Period Ending: 01/30/2018  
Claims Bar Date: 08/11/2017  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.  540 Wilmette Ave | 160,000.00 | 0.00 | | 7,000.00 | FA |
| 2.  Necessary Wearing Apparel | 225.00 | 0.00 | | 0.00 | FA |
| 3.  Costume Jewlery, | 75.00 | 0.00 | | 0.00 | FA |
| 4.  Savings Baxter Credit Union | 50.00 | 0.00 | | 0.00 | FA |
| 5.  Checking BMO Harris Bank | 50.00 | 0.00 | | 0.00 | FA |
| 6.  Savings BMO Harris Bank | 300.00 | 0.00 | | 0.00 | FA |
| 7.  401(k) Aptargroup, INC.-fidelity | 61,072.76 | 0.00 | | 0.00 | FA |
| 8.  Federal Income tax refund | 4,148.00 | 0.00 | | 0.00 | FA |
| 9.  2012 Chevrolet Sonic | 4,200.00 | 0.00 | | 0.00 | FA |
| 10. Furniture, Furnishings and Supplies | 900.00 | 0.00 | | 0.00 | FA |
| 11. TV, CELLPHONE, COMPUTER | 150.00 | 0.00 | | 0.00 | FA |
| 12. State Income tax refund | 357.00 | 0.00 | | 0.00 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 231,527.76 | 0.00 | | 7,000.00 | 0.00 |

Re Prop. #1   Trustee sold non-exempt interest in residence back to the Debtor per order 6/9/17 [dkt 22] (Report of Sale filed 7/7/17 [dkt 24])

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**September 30, 2017:** Trustee prepared and filed Report of Sale for sale of equity in Debtor's residence [dkt 24]; Trustee reviewed and analyzed claims; Trustee resolved claim issue with invalidly filed secured claim and obtained withdrawal of the invalid claim [dkt 25]; Trustee prepared her TFR and submitted same to UST for approval. Following final hearing, TR will distribute and proceed to close case.

**July 3, 2017:** Trustee sold Estate's interest in Debtor's residence to Debtor for $7,000 per order 6/9/17 [dkt 22]

UST Form 101-7-TDR (10/1/2010) (Page 6)                                        Exhibit 8

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-06983 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Randle, Doris E | | | Date Filed (f) or Converted (c): | 03/07/2017 (f) |
| | | | | 341(a) Meeting Date: | 04/03/2017 |
| For Period Ending: | 01/30/2018 | | | Claims Bar Date: | 08/11/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 10/05/2017      **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**     /s/Elizabeth C Berg        **Date:** 01/30/2018
Elizabeth C Berg
20 N. Clark St., Suite 200
Chicago, IL 60602
Phone : (312) 726-8150

Page 1

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-06983 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Randle, Doris E | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5286 Checking Account |
| Taxpayer ID No: | **-***7613 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/30/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/19/2017 | [1] | Doris E. Randle<br>540 Wilmette Ave<br>Carpentersville, IL 60110 | Estate's Interest in Equity in Residence Sold per order dated 6/9/17 [dkt 22] (Report of sale filed 7/7/17 [dkt 24]) | 1110-000 | 7,000.00 | | 7,000.00 |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,985.00 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,970.00 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 15.00 | 6,955.00 |
| 11/06/2017 | | Texas Capital Bank | Bank Service Fee Refund | 2600-000 | | (15.00) | 6,970.00 |
| 12/04/2017 | 51001 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee's Compensation | 2100-000 | | 1,450.00 | 5,520.00 |
| | | | | Page Subtotals | 7,000.00 | 1,480.00 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-06983 | Trustee Name: Elizabeth C Berg |
| Case Name: Randle, Doris E | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******5286 Checking Account |
| Taxpayer ID No: **-***7613 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 1/30/2018 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | 51002 | Elizabeth C. Berg, Trustee<br>20 N. Clark Street<br>Suite 200<br>Chicago, IL 60602 | Trustee Expenses | 2200-000 | | 16.00 | 5,504.00 |
| 12/04/2017 | 51003 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3110-000 | | 1,251.00 | 4,253.00 |
| 12/04/2017 | 51004 | Baldi Berg, Ltd.<br>20 N. Clark St., Suite 200<br>Chicago, IL 60602 | | 3120-000 | | 14.65 | 4,238.35 |
| 12/04/2017 | 51005 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 18.64% to Claim #00001 | 7100-000 | | 245.84 | 3,992.51 |
| 12/04/2017 | 51006 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 18.64% to Claim #00003 | 7100-000 | | 195.34 | 3,797.17 |
| 12/04/2017 | 51007 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 18.64% to Claim #00004 | 7100-000 | | 323.66 | 3,473.51 |
| | | | | Page Subtotals | 0.00 | 2,046.49 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-06983 | | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|
| Case Name: | Randle, Doris E | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5286 Checking Account |
| Taxpayer ID No: | **-***7613 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/30/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | 51008 | Capital One Bank (USA), N.A. by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272 | Disb of 18.64% to Claim #00005 | 7100-000 | | 204.42 | 3,269.09 |
| 12/04/2017 | 51009 | MERRICK BANK Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603 | Disb of 18.64% to Claim #00006 | 7100-000 | | 285.62 | 2,983.47 |
| 12/04/2017 | 51010 | TD Bank, USA by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Disb of 18.64% to Claim #00007 | 7100-000 | | 384.52 | 2,598.95 |
| 12/04/2017 | 51011 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 18.64% to Claim #00008 | 7100-000 | | 650.72 | 1,948.23 |
| 12/04/2017 | 51012 | Citibank, N.A. c/o Quantum3 Group LLC<br>PO Box 280<br>Kirkland, WA 98083 | Disb of 18.64% to Claim #00009 | 7100-000 | | 436.16 | 1,512.07 |
| 12/04/2017 | 51013 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Disb of 18.64% to Claim #00010 | 7100-000 | | 135.64 | 1,376.43 |
| | | | | Page Subtotals | 0.00 | 2,097.08 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-06983 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Randle, Doris E | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******5286 Checking Account |
| Taxpayer ID No: | **-***7613 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/30/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | 51014 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 18.64% to Claim #00011 | 7100-000 | | 620.48 | 755.95 |
| 12/04/2017 | 51015 | Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541 | Disb of 18.64% to Claim #00012 | 7100-000 | | 336.16 | 419.79 |
| 12/04/2017 | 51016 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK(SAMS CLUB)<br>PO Box 41067<br>Norfolk, VA 23541 | Disb of 18.64% to Claim #00013 | 7100-000 | | 207.26 | 212.53 |
| 12/04/2017 | 51017 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD)<br>PO Box 41067<br>Norfolk, VA 23541 | Disb of 18.64% to Claim #00014 | 7100-000 | | 164.17 | 48.36 |
| 12/04/2017 | 51018 | Portfolio Recovery Associates, LLC Successor to SYNCHRONY BANK (AMAZON.COM STORE CARD)<br>PO Box 41067<br>Norfolk, VA 23541 | Disb of 18.64% to Claim #00015 | 7100-000 | | 48.36 | 0.00 |
| | | | | Page Subtotals | 0.00 | 1,376.43 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 17-06983 | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|
| Case Name: | Randle, Doris E | Bank Name: | Texas Capital Bank |
|  |  | Account Number/CD#: | ******5286 Checking Account |
| Taxpayer ID No: | **-***7613 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 1/30/2018 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

|  | Deposits | Disbursements |
|---|---|---|
| **COLUMN TOTALS** | 7,000.00 | 7,000.00 |
| Less: Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 7,000.00 | 7,000.00 |
| Less: Payments to Debtors |  | 0.00 |
| **Net** | 7,000.00 | 7,000.00 |

| All Accounts Gross Receipts: | 7,000.00 |
| All Accounts Gross Disbursements: | 7,000.00 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5286 Checking Account | 7,000.00 | 7,000.00 |  |
| **Net Totals** | 7,000.00 | 7,000.00 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 12)

**Exhibit 9**